ROSS A. SPECTOR, ESQ. (135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Telefax:    (415) 707-2064

Attorneys for Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt YOUNGNAM MERCHANT BANKING

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

CV08-04401 CBM

| KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT YOUNGNAM MERCHANT BANKING, | Case No: |
|---|---|
| Plaintiff, | **COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT** |
| vs. | |
| JAE HYEN KIM (aka JAMES KIM), | |
| Defendant. | |

PLAINTIFF ALLEGES AS FOLLOWS:

### JURISDICTION AND VENUE

1.    This court has jurisdiction of this action under 28 U.S.C. Section 1332 which provides for diversity jurisdiction between citizens of diverse states where the dispute involves more than $75,000.00.

COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT                    1

2.       Venue is properly within this district pursuant to, inter alia, 28 U.S.C. Section 1391(a)(1), (3).

### PARTIES

3.       Plaintiff Korea Deposit Insurance Corporation, a trustee in bankruptcy of bankrupt Youngnam Merchant Banking ("KDIC"), is a corporation, incorporated in the Republic of Korea ("Korea"), established by the Korean government to protect depositors' funds at KDIC-insured financial institutions.  Plaintiff's principal place of business is in Seoul, Korea.  KDIC is the successor trustee of bankrupt Youngnam Merchant Banking.

4.       Plaintiff is informed and believes that defendant JAE HYEN KIM (aka JAMES KIM) ("Kim") is a citizen and resident of Los Angeles, Los Angeles County, California.  This action concerns KDIC's desire to have this court recognize and enforce a Korean judgment entered against Kim pursuant to Kim's unpaid liability for a loan made by a KDIC-insured financial institution in the remaining principal amount of KRW 500,000.000.

### FIRST CLAIM FOR RELIEF
(Recognition and Enforcement of Foreign Judgment)

5.       KDIC realleges and incorporates herein by reference as though more fully set forth the allegations contained paragraphs 1-4.

6.       Judgment was entered on July 25, 2007 in case number 2007GADAN109938 of the Seoul (Republic of Korea) Central District Court against Kim in the sum of KRW 500,000,000 plus interest at the rate of 25% per annum from September 7, 2005 until the judgment is paid in full.  Interest from September 7, 2005 through and including May 28, 2008 on said KRW 500,000,000 loan principal amount totals KRW 340,068,493.  Attached hereto as Exhibit A is a true and correct, certified translation of the judgment.  The total

**COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT**

2

1  amount due as of May 28, 2008 totals KRW 840,068,493.  On the date judgment was

2  entered the exchange rate was US$1 = KRW 913.6.  Accordingly, as of May 28, 2008 the

3  total amount due in U.S. dollars on the judgment entered in Korea on July 25, 2007 in case

4  number 2007GADAN109938 is $919,514.55.

5

6      7.      This action is brought pursuant to California Code of Civil Procedure section

7  1713 et. seq. which provides for the enforcement of a foreign-money judgment in California.

8  The Korean judgment is final and conclusive and no appeal has been asserted.

9  WHEREFORE, plaintiff prays for judgment against the defendant in the sum of

10 $919,514.55, plus interest at the rate of 25% per annum from and after May 29, 2008 on the

11 loan principal of $547,285.46 (KRW 500,000,000 at US$ = KRW 913.6), until paid in full.

12

13

14 DATED: June 27, 2008            SPECTOR & BENNETT
                                  A Professional Corporation
15

16

17  _____

18                                Ross A. Spector, Esq.
                                  Attorneys for Plaintiff
19                                Korea Deposit Insurance Corporation, a trustee in
                                  bankruptcy of bankrupt YOUNGNAM
20                                MERCHANT BANKING

21

22

23

24

25

26

27

28

**COMPLAINT TO RECOGNIZE AND ENFORCE FOREIGN JUDGMENT**                              3

# EXHIBIT A

REPUBLIC OF KOREA                                  )
SPECIAL CITY OF SEOUL                              )   S.S.
EMBASSY OF THE UNITED STATES OF AMERICA            )

I certify that the official named below, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on this _____ day of ___ 0 1 FEB 2008 ___, 20 _____, empowered to act in the official capacity designated in the annexed document, to which faith and credit are due.

_____
CHOONG HYUN CHOI
(Typed Name of Official)

_____
(Signature of Consular Officer)

Hale C. Vansloughnett
Consul
_____
(Typed Name of Consular Officer)

Vice Consul of the United States of America
(Title of Consular Officer)

0 4 FEB 2008
_____
(Date)

SEO-223

# 공증인가 법무법인 한미

[제41호 서식]

Tel : 398-5956~7  Fax : 398-5958

Registered  No.    2008   –   1450

# NOTARIAL   CERTIFICATE



## HANMI LAW AND NOTARY OFFICE

Leema B/D Suite301, 146-1 Soo Song-Dong, Chong Ro-Gu, Seoul, Korea

# Seoul Central District Court

## Judgment



### Case 2007 GADAN109938 Loan Receivable

Plaintiff :   Korea Deposit Insurance Corporation, a trustee in bankruptcy of a bankrupt Youngnam Merchant Banking
Address of the Corporation : 33 Da-dong, Jung-gu, Seoul, Korea
Representative director Choi, Jang-bong
Process Attorney : Law Firm Yuil
Lawyer in charge : Kim, Ok-sub

Defendants : 1. Bum Jin Industrial Development Corporation
Address : Unknown at the present
Last address : 127-12 Samsung-dong, Gangnam-gu, Seoul, Republic of Korea
Representative Director : KIM, JAE HYEN
2. KIM, JAE HYEN (I.D. No.  600109-1002624)
Address : Unknown at the present
Last address : 1003 Brownstone Yeoksam Apt. Yeoksam-dong, Gangnam-gu, Gangnam-gu, Seoul, Republic of Korea

Conclusion of Argument : July 11, 2007
Pronouncement of Judgment : July 25, 2007

## Text

1. The defendants shall pay the plaintiff 500,000,000 Won (Korean Currency) among the principal plus the annual interest of 25% for the period from September 7, 2005 to

1

the date of full payment.

2. The defendants shall bear costs of the lawsuit.

3. Above item I could be executed provisionally.

## Purport of the Claim 

Purport of the claim is the same as the text.

## Reasons

1. Description of the Claim : Description of the claim is the same as the separately attached reason of the claim.

2. Civil Procedure Act No. 3, Item 3, Article 208
   (Judgment according to the conveyance by public announcement)

_____

Judge    Park Jeong Jae

2

# Cause of the Claim

## 1. Current Status of the Plaintiff and Defendants

The plaintiff is a trustee in bankruptcy of a bankrupt Youngnam Merchant Banking, which was declared bankrupt from Daegu District Court on May 21, 2001.
The defendant 1, Bum Jin Industrial Development Corporation (hereafter called "the accused firm"), did make a Bill Transaction Agreement with the plaintiff and the defendant 2, KIM JAE HYEN, did sign and seal the agreement as a joint surety. (No. 1 Evidence Gap, Bill Transaction Agreement)

## 2. Bill Transaction Agreement and Discounted Note Loans

The Youngnam Merchant Banking did make a Bill Transaction Agreement limiting the maximum 24,000,000,000 Won (Korean Currency) on January 29, 1999 with the main debtor, "the accused firm", and a joint surety, KIM JAE HYUN, and then received discounted note loans from the Youngnam Merchant Banking by issuing a promissory note in accordance with the above mentioned Bill Transaction Agreement and. There are remaining, as of today, discounted note loans 17,088,000,000 Won (Korean Currency) as follows and joint debt on damages for delay at the annual interest of 25% in accordance with the Bill Transaction Agreement. (No. 1 Evidence Gap Bill Transaction Agreement, No. 2 Evidence Gap Promissory Note, No.3 Evidence Gap Overdue / Managed Note and Balance Book)

| | |
|---|---|
| Amounts | : 17,088,000,000 Won (Korean Currency) |
| Place to be paid | : Daegu Metropolitan City |
| Firm to be paid | : Youngnam Merchant Banking |
| Place to be issued | : Seoul Metropolitan City |
| Issued Date | : June 22, 2002 |
| Due Date | : June 24, 2002 |
| Issuer of Bill | : Bum Jin Industrial Development Corporation |

### 3. Delay of Fulfillment of Obligation by the Accused Firm

The accused firm did repay the discounted note loans on the due date and the plaintiff requested the accused firm to pay the loans at the designated place and date by presenting the promissory note. The plaintiff, however, was refused the payment without reasonable reasons. The plaintiff, therefore, did urge the main debtor, "the accused firm" and a joint surety, KIM JAE HYUN to repay the debts but they didn't perform their obligations as of today.

The defendants, meanwhile, did repay the parts of interests of the principal until September 6, 2005 but didn't the principal 17,088,000,000 Won (Korean Currency) and didn't repay a total of 23,759,342,465 Won (Korean Currency) including the damages for delay 6,671,342,465 Won (Korean Currency), which is from September 7, 2005, the following day of the due date of the overdue interests to September 7, 2005, the day of filing the lawsuit.

(No. 4 Evidence Gap Reference to repayment specifications on overdue,

No. 5 Evidence Interests calculation specifications on loans)

### 4. Conclusion

Now that the plaintiff has an obligatory right for the principal 17,088,000,000 Won (Korean Currency) and a total of 23,759,342,465 Won (Korean Currency) including the damages for delay 6,671,342,465 Won (Korean Currency), which is from September 7, 2005, the following day of the due date of the overdue interests to September 7, 2005, the day of filing the lawsuit against the defendants, the main debtor, "the accused firm" and a joint surety, KIM JAE HYUN, the plaintiff, in turn, claims the remaining loan principal of 500,000,000 Won (Korean Currency).

The defendants, therefore, shall bear the duty to pay the remaining loan principal of 500,000,000 Won (Korean Currency) until the date when the amount is completely repaid at the annual interest rate of 25% from September 7, 2005, the following day of the due date of the overdue interests.

4

This is the Original of the judgment.



Court Registrar Kim Jong-hoon

## Seoul Central District Court

100 Woomyunro, Seocho-gu, Seoul, Korea

# Seoul Central District Court

To Whom It May Concern

Seoul Central District Court hereby issues the above original copy of the judgment to the Korea Deposit Insurance Corporation, a trustee in bankruptcy of a bankrupt Youngnam Merchant Banking, so that the compulsory execution to the defendant 1 Bum Jin Industrial Development Corporation and the defendant 2 KIM JAE HYEN could be made.

September 11, 2007

Judicial Official     Kim Jong-hoon
(Official Seal Affixed.)

# Seoul Central District Court

100 Woomyunro, Seocho-gu, Seoul, Korea

# Seoul Central District Court

## Final Judgment

Case : Seoul Central District Court 2007 Gadan 109938 Loan Receivable

Plaintiff : Korea Deposit Insurance Corporation, a trustee in bankruptcy of a bankrupt
Youngnam Merchant Banking

Defendants : 1. Bum Jin Industrial Development Corporation and another person

Applicant for the final judgment : Process Attorney of the Plaintif    Kim, Ok-sub

It is to certify that the case was fixed as of August 14, 2007.

September 27, 2007

Judicial Official    Kim Jong-hoon
(Official Seal Affixed.)

## Seoul Central District Court

100 Woomyunro, Seocho-gu, Seoul, Korea

7



# 서 울 중 앙 지 방 법 원

## 판          결

| | |
|---|---|
| 사         건 | 2007가단109938   대여금 |
| 원         고 | 파산자 영남종합금융 주식회사의 파산관재인 예금보험공사 |
| | 서울 중구 다동 33 |
| | 대표자 사장 최장봉 |
| | 소송대리인 법무법인 유일 |
| | 담당변호사 김옥섭 |
| 피         고 | 1. 주식회사 범진산업개발 |
| | 현재 소재불명 |
| | 최후주소: 서울 강남구 삼성동 127-12 |
| | 대표이사 김재현 |
| | 2. 김재현 (600109-1002624) |
| | 현재 소재불명 |
| | 최후주소 서울 강남구 역삼동 747-5 브라운스톤역삼아파트 1003호. |
| 변 론 종 결 | 2007. 7. 11. |
| 판 결 선 고 | 2007. 7. 25. |

## 주          문

1. 피고들은 연대하여 원고에게 500,000,000원 및 이에 대하여 2005. 9. 7.부터 다 갚



는 날까지 연 25%의 비율에 의한 돈을 지급하라.

2. 소송비용은 피고들이 부담한다.

3. 제1항은 가집행할 수 있다.

## 청 구 취 지

주문과 같다.

## 이 　유 

1. 청구의 표시 : 별지 청구원인 기재와 같다.

2. 민사소송법 제208조 제3항 제3호(공시송달판결)

　　　　　판사　　박정세　＿＿＿＿＿＿＿＿＿＿＿

## 청 구 원 인

### 1. 당사자들의 지위

원고는 2001. 5. 21. 대구지방법원으로부터 파산선고 결정을 받은 파산자 영남종합금융주식회사(이하 '영남종금'이라 합니다)의 파산관재인으로 선임된 기관이고, 피고1. 주식회사 범진신열개발(이하 '피고회사'라 합니다)은 원고와 어음거래약정을 체결하였고, 피고2. 김재현은 위 어음거래약정서에 연대보증인으로서 서명 날인한 자입니다(갑제1호증 어음거래약정서).

### 2. 영남종금과 피고들간의 어음거래약정 및 어음할인 대출



영남종금은 주채무자인 피고회사, 연대보증인 김재현과 1999. 1. 29. 최고 한도액 금 24,000,000,000원으로 정하여 어음거래약정을 하였는 바, 피고회사는 위 어음거래약정에 따라 약속어음 1매를 발행하여 영남종금으로부터 어음할인 대출을 받았으며, 현재 아래 어음할인 대출금 금 17,088,000,000원 및 이에 대한 종합금융사의 어음거래약정에 따른 연 25%의 비율에 의한 지연손해금의 연대채무가 남아있습니다(갑제1호증 어음거래약정서, 갑제2호증 약속어음, 갑제3호증 기일결의/관리어음 관대장).

연면금액 : 금 17,088,000,000원

지 급 지 : 대구광역시

지급장소 : 영남종합금융 주식회사

발 행 처 : 서울특별시

발 행 일 : 2002. 6. 22

지급기일 : 2002. 6. 24.

발 행 인 : 주식회사 현진산업개발



**3. 피고회사의 이행지체**

피고회사는 위 할인어음대출금을 지급기일에 상환하지 아니하여 원고는 위 약속어음을 지급기일에 지급장소에서 제시하여 지급을 구하였으나 정당한 사유없이 지급거절 당하였습니다. 따라서, 원고는 주채무자인 피고회사 및 연대보증인 김재현에게 수차에 걸쳐 채무의 변제를 촉구하였으나, 위 채무금을 변제치 않고 있습니다.

한편, 피고들은 2005. 9. 6.까지 이자 일부금 만을 변제한 채 원금 17,088,000,000원 및 최종이자납입 다음날인 2005. 9. 7부터 소제기일인 2007. 3. 30.까지의 지연손해금 6,671,342,465원 합계금 23,759,342,465원이 미변제 상태입니다(갑제4호증 기일경과 상환내역 조회, 갑제5호증 대출금 이자계산내역).

**4. 결론**

위와 같이, 원고는 주채무자인 피고회사 및 연대보증인 피고 김재현에 대

하여 대출원금 17,088,000,000원 및 소제기일인 현재까지의 미변제이자 금 6,671,342,465원 합계금 23,759,342,465원의 대여금채권을 가지고 있는 바, 원고는 위 원금 중 일부금인 금 500,000,000원에 대하여 청구하고자 합니다.

따라서, 피고들은 연대하여 원고에게 대출원금 중 일부인 금 500,000,000원 및 이에 대한 최종이자납입 다음날인 2005. 9. 7.부터 완제일까지 종합금융 사의 어음거래약정에 따라 영남종금이 정한 연 2할 5푼의 비율에 따라 지연손해금을 지급하여야 할 것입니다.

# 정 본 입 니 다



## 서울중앙지방법원

## 법원주사 김 종 훈

주 . 이 정본에는 법원의 인을 찍을 것

이 정본은 사법보좌관의 명령에 의하여 피고1 주식회사 범진산업개발, 피고

2 김재현에 대한 강제집행을 실시하기 위하여 원고 파산자 영남종합금융주

식회사의 파산관재인 예금보험공사에게 1통을 더 내어 준다.



2007. 9. 11.



서울중앙지방법원

법원주사 김 종 훈

# 확 정 증 명 원

사        건 : 서울중앙지방법원   2007가단109938 대여금

원        고 : 파산자 영남종합금융주식회사의 파산관재인 예금보험공사

피        고 : 주식회사 범진산업개발 외 1명

증명신청인 : 원고 소송대리인 김옥섭

위 사건에 관하여 2007.  8. 14. 자로 확정되었음을 증명합니다.   끝.



2007.  9.  27.

서울중앙지방법원

법원주사 김 종 훈



본 증명(문서번호:제증명(보존) 33200652)에 관하여 문의할 사항이 있으시면 02-530-1726로 문의하시 기
바랍니다.



25

 

공증인가 법무법인 한 미

[제45호서식]

Tel : 398-5956~7   Fax : 398-5958

| | |
|---|---|
| 위 번역문은 원문과 상위 없음을<br>서약합니다.<br><br>2008 .  2 .   1 .<br><br>서약인 | I swear that the attached translation<br>is true to the original.<br><br>February   1st , 2008<br><br>*oh, kang sub*<br>Signature |

| | |
|---|---|
| 등부 2008 년 제  1450 호<br><br>인    증<br><br>위  오 강 섭    은<br>본직의 면전에서 위 번역문이 원문<br>과 상위없음을 확인하고 서명날인<br>하였다.<br>2008 .  2 .   1 . 이 사무소:에서<br>위 인증한다. | Registered No.   2008 - 1450<br><br>**NOTARIAL CERTIFICATE**<br><br>Oh, Kang-Sub          personally<br>appeared before me, confirmed<br>that the attached translation is<br>true to the original and subscribed<br>his(her) name.<br>This is hereby attested<br>on this   1st day of  February<br>2008      at this office |

| | |
|---|---|
| 공증인가  법무법인 한 미<br>서울특별시 종로구 수송동146-1<br>이마빌딩 301호 | *HANMI LAW AND*<br>*NOTARY FFICE*<br>Leema B/D 301, 146-1 Soo Song-Dong,<br>Chong Ro-Gu, Seoul, Korea |

| | |
|---|---|
| 공증담당  변 호 사 | Attorney-at- Law |



C. H. Cho:

*CHOONG HYUN CHOI*

This office has been authorized by
the Minister of Justice, the Republic
of Korea to act as Notary Public
since March 14, 2007
under Law No. 7428.

190㎜ × 268㎜ 인쇄용지(특급) 70g/㎡

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

### CV08- 4401 CBM (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT YOUNGNAM MERCHANT BANKING

PLAINTIFF(S)

v.

JAE HYEN KIM (aka JAMES KIM),

DEFENDANT(S).

CASE NUMBER

CV08-04401 CBM VBKx

**SUMMONS**

TO:    DEFENDANT(S):  JAE HYEN KIM (aka JAMES KIM)

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Ross A. Spector, Esq._____, whose address is _SPECTOR & BENNETT, APC, 50 California Street, 15th FL, San Francisco, CA 94111_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL - 2 2008

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
KOREA DEPOSIT INSURANCE CORPORATION, A TRUSTEE IN BANKRUPTCY OF BANKRUPT YOUNGNAM MERCHANT BANKING

**DEFENDANTS**
JAE HYEN KIM (aka JAMES KIM)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Ross A. Spector, Esq./SPECTOR & BENNETT, APC 415/439-5390
50 California Street, 15th Floor
San Francisco, California 94111

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** 919,514.55

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332    Diversity Jurisdiction

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☑ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number:  CV08-04401

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**III(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**III(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. VENUE:** (When completing the following information, use an additional sheet if necessary.)

a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | KOREA |

b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | KOREA |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 6/27/08

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |